UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Demonta D. Melvin    Docket No. 5:15-MJ-2027-1

Petition for Action on Probation

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demonta D. Melvin, who, upon an earlier plea of guilty to Simple Possession of Marijuana in violation of 21 U.S.C. §844, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on July 6, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has a history of marijuana abuse, and the preliminary result of his first drug test was positive for marijuana. We recommend adding a drug treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Eddie J. Smith                    /s/ Thomas E. Sheppard
Eddie J. Smith                        Thomas E. Sheppard
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 Dick Street
                                      Fayetteville, NC 28301-5730
                                      Phone: 910-354-2541
                                      Executed On: July 12, 2016

**ORDER OF THE COURT**

Considered and ordered this ___12th___ day of _____July_____, 2016, and ordered filed and made a part of the records in the above case.

*Robert T Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge